UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                                      :
JULIE GARAY,                                          :
                                                      :
                              Plaintiff,              :          21-CV-6244 (JMF)
                                                      :
              -v-                                     :          ORDER
                                                      :
NYC HEALTH & HOSPITALS CORP.,                         :
                                                      :
                              Defendant.              :
                                                      :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated during the teleconference held earlier today:

- By separate Order today, the Court is referring this case to the assigned Magistrate
  Judge for settlement.  The parties shall contact the Chambers of Magistrate Judge
  Gorenstein no later than **September 23, 2022**, to schedule a settlement conference as
  soon as his schedule permits.

- By **October 5, 2022**, the parties shall file a joint letter (a) addressing whether Plaintiff
  intends to retain an expert; (b) updating the Court on settlement proceedings; and
  (c) proposing a briefing schedule for the consolidated summary judgment and
  spoilation motions.

        SO ORDERED.

Dated:  September 21, 2022
        New York, New York                      _____
                                                             JESSE M. FURMAN
                                                        United States District Judge