CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

Direct Dial: +1 212 878 8089
E-mail: christina.profestas@cliffordchance.com

September 23, 2022

**Via ECF only**
Judge Gabriel Gorenstein, U.S.M.J.
United States District Court
District of Southern New York
500 Pearl Street
New York, NY 10007

MEMORANDUM ENDORSED

Re: *Julie Garay v. NYC Health and Hospitals Corp.*, 21-CV-6244 (JMF)
Settlement Conference

Dear Judge Gorenstein,

    We represent the Defendant, NYC Health and Hospitals Corp., in the above-captioned action. Together with counsel for the Plaintiff, Julie Garay, we are respectfully seeking a change in the date of the settlement conference that is currently scheduled for October 14, 2022 at 10:00 a.m. Both parties are available on October 21, 2022 at 10:00 a.m. In addition, both parties request that the settlement conference take place in person.

    Thank you for your time and consideration of this request.

Respectfully,

s/Christina Vlahos Profestas

Christina Vlahos Profestas
Special Assistant Corporation Counsel of the
City of New York
*Attorney for Defendant*
31 West 52nd Street
New York, NY 10019
(212) 878-8089
Christina.Profestas@CliffordChance.com

CLIFFORD CHANCE US LLP

KALMANSON LAW OFFICE, PLLC

_____/s/_____

By: Kimberly Kalmanson
*Counsel for Plaintiff, Julie Garay*

Conference adjourned to October 21, 2022, at 10:00 a.m. The conference will take place in Courtroom 6-B, 500 Pearl Street, New York, New York.  Submissions are due October 17, 2022. Parties must comply with the Court's "Restrictions on Entry to Courthouses" available on the Court's website at: https://www.nysd.uscourts.gov/covid-19-coronavirus.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 26, 2022